1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 1:10-cv-01179 AWI JLT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER CONTINUING SCHEDULING |
| | ) CONFERENCE |
| APPROXIMATELY $156,000 IN U.S. | ) |
| CURRENCY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

On August 30, 2010, Plaintiff filed proof of completion of service by publication.  (Doc. 9) Since that time, there has been no appearance by any party claiming an interest in the funds at issue.

Currently on calendar is the Mandatory Scheduling Conference on November 8, 2010. However, because no party has claimed an interest in the matter, conducting the conference at this time would not be productive.  The Court anticipates that Plaintiff will, as soon as practicable, seek an entry of default.  Therefore the Court **ORDERS**:

1.       The Scheduling Conference currently set on November 8, 2010, will be continued to December 16, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  __October 7, 2010__                    _____
                                                               **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE

1