# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 1:10-cv-01179 AWI JLT |
| Plaintiff, | ) | |
| v. | ) | SECOND ORDER CONTINUING SCHEDULING CONFERENCE |
| APPROXIMATELY $156,000 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

On August 30, 2010, Plaintiff filed proof of completion of service by publication. (Doc. 9) Since that time, there has been no appearance by any party claiming an interest in the funds at issue. As a result, on October 7, 2010, the Court continued the Mandatory Scheduling Conference that was scheduled on November 8, 2010 to December 16, 2010. (Doc. 12) The Court encouraged Plaintiff to seek a default judgment as soon as possible. Id.

Though the date for the continued Mandatory Scheduling Conference is approaching, still no person has appeared and claimed an interest in the funds and Plaintiff has taken no steps toward obtaining default judgment. Therefore the Court **ORDERS**:

1.  Plaintiff is ordered to seek a default judgment no later than January 20, 2011;

2. The Scheduling Conference currently set on December 16, 2010, will be continued to February 9, 2011 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **December 1, 2010**                             **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE