IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CV-01179-AWI-JLT |
| ) Plaintiff, ) | ORDER VACATING SETTLEMENT |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| APPROXIMATELY $156,000.00 IN U.S. ) CURRENCY, ) | |
| ) | |
| Defendant. ) | |

The parties have stipulated that a settlement conference would not be productive nor a resourceful use of the Court's time. Accordingly, because the matter is not in a settlement posture, it is hereby **ORDERED**:

1. The settlement conference set for August 29, 2011 at 10:00 am is hereby **VACATED**; and

2. The parties may contact the Court in the future if they agree that a settlement conference would be productive at that time.

IT IS SO ORDERED.

Dated:  **August 19, 2011**           /s/ **Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE