BENJAMIN B. WAGNER
United States Attorney)
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CV-01179-AWI-JLT |
| | ) | |
| Plaintiff, | ) | **ORDER AFTER NOTICE OF SETTLEMENT** |
| | ) | |
| v. | ) | **(Doc. 29)** |
| | ) | |
| APPROXIMATELY $156,000.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE IS HEREBY GIVEN that the parties have agreed to settle this civil forfeiture action.  The parties shall file the final dispositional documents pursuant to Local Rule 160.  All pretrial and trial dates set forth in the February 9, 2011 Scheduling Order should be vacated as moot.

Respectfully submitted,

DATED:  July 6, 2012

BENJAMIN B. WAGNER
United States Attorney


/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

DATED:  July 3, 2012

/s/ John M. Kremer
JOHN M. KREMER
Attorney for Claimant Yaniv Cohen
(Original signature retained by attorney)

1

**ORDER**

2

3   Pursuant to this Court's Local Rule 160, this Court **ORDERS**:

4       1.      No later than August 6, 2012, the parties **SHALL** file a stipulated request for dismissal;

5       2.      All pending dates, motions, conferences and hearings, including the trial date, are

6   **VACATED**;

7       **Failure to comply with this order may be grounds for the imposition of sanctions on counsel**

8   **or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

9

10

11  IT IS SO ORDERED.

12      Dated:   **July 11, 2012**                          **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement and Order Vacating All
Pretrial and Trial Dates